IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
March 12, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
          DEPUTY CLERK

| | |
|---|---|
| **MELINDA SCOTT,** | )<br>) |
| Plaintiff, | ) Case No. 1:25CV00009<br>) |
| v. | ) **ORDER**<br>) |
| **DOUGLAS A. COLLINS, SECRETARY,** **Department of Veterans Affairs, in his** **official capacity, et als.,** | ) JUDGE JAMES P. JONES<br>)<br>)<br>) |
| Defendants. | ) |

The plaintiff, proceeding without legal counsel, has submitted a self-styled Complaint and Petition for Writ of Mandamus, in which she challenges a decision of the Department of Veterans Affairs terminating her benefits as a surviving spouse and on behalf of dependents.

This Court does not have subject-matter jursidiction to consider the matter. Under the Veterans Judicial Review Act, which established judicial review procedures for veterans' benefit determinations, appeals may be made to the Board of Veterans Appeals, and then to the United States Court of Appeals for Veterans Claims, and then to the United States Court of Appeals for the Federal Circuit. 38 U.S.C. §§ 7104, 7252, 7292. Federal district courts, like this one, are not included in this grant of jurisdiction. *Henderson v. Dep't of Veterans Affs.*, No. 24-CV-5016 (LTS), 2025 WL 27477, at *1 (S.D.N.Y. Jan. 2, 2025).

Accordingly, while the Motion for Leave to Proceed in Forma Pauperis, ECF No. 2, is GRANTED, the Complaint and Petition for Writ of Mandamus, ECF No. 1, is DISMISSED without prejudice for lack of subject-matter jurisdiction. The Clerk shall close the case.

It is so **ORDERED**.

ENTER: March 12, 2025

/s/  JAMES P. JONES
Senior United States District Judge